☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 8 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

HOLLEY, DRIGGS, WALCH,
FINE, PUZEY, STEIN & THOMPSON
James W. Puzey, Esq. (NV Bar No. 5745)
Michael Ayers, Esq. (NV Bar No. 10851)
800 South Meadows Parkway, #800
Reno, Nevada 89521
Telephone: 775-851-8700
Facsimile: 775-851-7681

*Attorney for High Sierra Holistics, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HIGH SIERRA HOLISTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF NEVADA, DEPARTMENT OF TAXATION, DOES 1-10 and ROE CORPORATIONS 1-10, <br><br> Defendants. | Case No. 3:19-CV-00270-LRH-CBC <br><br> ORDER <br><br> **REQUEST FOR CONTINUED FURTHER JOINT CASE CONFERENCE** <br><br> (First Request) |

Pursuant to Local Rule IA 6-1 and LR IA 6-2, Plaintiff HIGH SIERRA HOLISTICS, LLC. (hereinafter "Plaintiff"), by and through its attorneys of record, JAMES W. PUZEY, ESQ. and MICHAEL R. AYERS, ESQ., of the law firm of HOLLEY, DRIGGS, WALCH, FINE, PUZEY STEIN & THOMPSON, and Defendant THE STATE OF NEVADA, DEPARTMENT OF TAXATION (hereinafter "Defendant" or "Department"), by and through its attorneys of record, OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEVADA, stipulate and request a continuance of the rescheduled November 25, 2019 joint case conference (ECF 20) to a convenient date for the Court in December 2019.

The parties stipulate to this request because Craig Newby, the Department's attorney for the first joint case conference, is unavailable November 25, 2019 due to a prepaid family vacation out of state.

/ / /

/ / /

/ / /

On this basis, the parties hereby stipulate and agree to request this continuance to a date convenient for the Court in December 2019.

Dated 7th day of November, 2019

| OFFICE OF THE NEVADA ATTORNEY GENERAL | HOLLEY, DRIGGS, WALCH, FINE, PUZEY, STEIN & THOMPSON |
|---|---|
| /s/ David J. Pope | /s/ Michael R. Ayers |
| DAVID J. POPE (Bar No. 8617) | James W. Puzey, Esq. (NV Bar No. 5745) |
| 555 E. Washington Avenue, Suite 3900 | Michael Ayers, Esq. (NV Bar No. 10851) |
| Las Vegas, Nevada 89101 | *Attorneys for Plaintiff* |
| Attorneys for Defendants | *HIGH SIERRA HOLISTICS, LLC* |
| *STATE OF NEVADA, DEPARTMENT OF TAXATION* | |

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 11/8/2019