# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HIGH SIERRA HOLISTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, DEPARTMENT OF TAXATION, DOES 1-10 and ROE CORPORATIONS 1-10,<br><br>Defendants. | Case No. 3:19-CV-00270-LRH-CLB<br>(Consolidated with 3:19-CV-00271-MMD-CLB)<br><br>**STIPULATION TO EXTEND RESPONSE DEADLINES ON DEFENDANTS' MOTIONS FOR JUDGMENT ON ALL PLEADINGS**<br><br>**AND ORDER THEREON** |

Plaintiff HIGH SIERRA HOLISTICS, LLC (hereinafter "HSH"), and Defendants STATE OF NEVADA, DEPARTMENT OF TAXATION (hereinafter "DOT"), by and through their respective counsel, stipulate and agree to stay the response deadlines on DOT Motions for Judgment on All Pleadings (ECF Nos. 31 and 32) ("DOT Motions") until after this Court rules on HSH's Motion to Stay this Action Under the Abstention Doctrine (ECF No. 29).

///

///

///

///

///

///

This stipulation is being made in good faith and not for purposes of delay. Granting this Stipulation will promote judicial economy as stated in Rule 1 of the Federal Rules of Civil Procedure.

Dated the 27th day of January, 2020

| | |
|---|---|
| **HOLLEY, DRIGGS, WALCH, FINE, PUZEY, STEIN & THOMPSON** | **OFFICE OF THE ATTORNEY GENERAL** |
| /s/ Michael R. Ayers | /s/ Steven Shevorski |
| James W. Puzey, Esq. (NV Bar No. 5745) | Steven Shevorski, Esq. (NV Bar No. 8256) |
| Michael Ayers, Esq. (NV Bar No. 10851) | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| HIGH SIERRA HOLISTICS, LLC | The State of Nevada, Department of Taxation |

**ORDER**

IT IS ORDERED AND ADJUDGED that should the Court deny HSH's Motion to Stay this Action Under the Abstention Doctrine ("Stay Motion"), the response deadlines for the DOT Motions are hereby extended as follows; any opposition to the DOT Motions will be due fourteen (14) days following the entry of an Order denying the Stay Motion and replies will be due seven (7) days following service of an opposition to the DOT Motions.

DATED this 28th day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE