IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HIGH SIERRA HOLISTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, DEPARTMENT OF TAXATION, DOES 1-10 and ROE CORPORATIONS 1-10,<br><br>Defendants. | Case No. 3:19-CV-00270-LRH-CLB<br>(Consolidated with 3:19-CV-00271-MMD-CLB)<br><br>**HIGH SIERRA HOLISTICS, LLC'S STIPULATION AND ORDER TO DISMISS** |

The State of Nevada ex. rel. the Department of Taxation, its Cannabis Compliance Board (as successor in interest to the Department of Taxation) and HIGH SIERRA HOLISTICS, LLC through their respective counsel of record, stipulate and agree that HIGH SIERRA HOLISTICS, LLC's operative complaints in High Sierra Holistics, LLC v. State of Nevada, Department of Taxation, Case No. 19-CV-00073 filed in the Third Judicial District Court of the State of Nevada, In and For the County of Lyon; removed to United States District Court for the District of Nevada; Case No. 3:19-CV-00271-MMD-CLB; consolidated into Case No. 3:19-CV-00270-LRH-CLB; High Sierra Holistics, LLC v. State of Nevada, Department of Taxation, Case No. CV19-000142 filed in the Second Judicial District Court of the State of Nevada, In and For the County of Washoe; removed to United States District Court for the District of Nevada; Case No. 3:19-CV-00270-LRH-CLB, all consolidated into this instant action shall be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs. No trial date has been set in this matter.

| | |
|---|---|
| DATED this 4th day of August 2022.<br><br>AARON D. FORD<br>ATTORNEY GENERAL<br><br>/s/ Steve Shevorski<br>STEVE SHEVORSKI, ESQ.<br>Nevada Bar No. 8256<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant<br>State of Nevada ex rel. its Department of Taxation and Cannabis Compliance Board | DATED this 4th day of August 2022.<br><br>HOLLEY DRIGGS, LTD.<br><br>/s/ James W. Puzey<br>JAMES W. PUZEY, ESQ.<br>NV Bar No. 5745<br>jpuzey@nevadafirm.com<br>800 South Meadows Pkwy., Suite 800<br>Reno, Nevada 89521<br>Attorney for High Sierra Holistics, LLC |

**ORDER**

Based upon the foregoing stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that HIGH SIERRA HOLISTICS, LLC's operative complaint is dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

Dated this 8th day of August, 2022.

_____
LARRY R. HICKS
United States District Judge